IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARIA PUNTONI, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-3220 |
| ) | |
| FIRST REVENUE ASSURANCE, ) | |
| ) | |
| Defendant. ) | |

AUG 0 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES Plaintiff, MARIA PUNTONI, by and through her undersigned attorney, and for her Complaint against Defendant, FIRST REVENUE ASSURANCE, states as follows:

### JURISDICTION

1.  This suit alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. This Court has jurisdiction over this matter pursuant to Section 1692k(d) of the Fair Debt Collection Practices Act, 15 U.S.C. §1692k(d).

### PARTIES

2.  Plaintiff is an adult, residing in Springfield, Sangamon County, Illinois, which is located within the jurisdiction of the U.S. District Court for the Central District of Illinois.

3.  Defendant First Revenue Assurance is registered as a professional corporation with the State of Colorado. First Revenue Assurance regularly collects debts in Illinois and other states on behalf of third parties.

### COUNT I - VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

4.  In August, 2004, Plaintiff received a bill from Cingular Wireless, who is not a party to this complaint, alleging a balance on a cell telephone account of $991.59. Plaintiff denies owing this amount, and at all times has disputed the bill. The billing cycle reflected on the August bill was 06/24/04 – 07/23/04, and the due date on the August bill was August 18, 2004. The bill shows that

late fees would be assessed after August 23, 2004. A true and correct copy of the August bill is attached as Exhibit "A".

5.   On or about August 11, 2004, Plaintiff received a letter from Defendant dated August 9, 2004, alleging a balance of $1170.08 for the Cingular Wireless account. A true and correct copy of Defendant's letter is attached as Exhibit "B."

6.   The Defendant's August 9 letter, increased the alleged balance by $178.49 over the August Cingular Wireless bill, even though the Cingular Wireless bill indicated that no additional charges would be added until after August 23, 2004.

7.   Plaintiff is a "consumer" as defined in Section 1692a(3) of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. 1692a(3).

8.   Defendant is a "debt collector" as defined in Section 1692a(6) of the FDCPA, 15 U.S.C. 1692a(6).

9.   Defendant has violated section 1692e(2)(A) of the FDCPA, 15 U.S.C. 1629e(2)(A), by falsely representing the amount of the alleged debt.

10.   Defendant has violated section 1629f(1) of the FDCPA, 15 U.S.C. 1692f(1), by attempting to collect an amount not authorized by Cingular Wireless or its agreement with Plaintiff.

WHEREFORE Plaintiff, MARIA PUNTONI, asks that this Court enter judgment in her favor, and against Defendant, FIRST REVENUE ASSURANCE, on Count I in an amount equal to the actual damages suffered by Plaintiff, plus additional statutory damages as the Court may allow up to $1,000.00 for each violation, plus costs of this action and reasonable attorney's fees, and award to Plaintiff such other and further relief as this Court may deem just and appropriate.

**PLAINTIFF DEMANDS TRIAL BY JURY AS TO COUNT I**

**COUNT II - VIOLATIONS OF THE ILLINOIS COLLECTION AGENCY ACT**

11.   This Court has jurisdiction over this count pursuant to Rule 18(a) of the Federal Rules of Civil Procedure which allows joinder of as many claims as the Plaintiff has against the opposing parties, and pursuant to 28 U.S.C. §1367, providing for supplemental jurisdiction over claims so related to the claims giving rise to this Court's original jurisdiction.

12.     The Plaintiff repeats and re-alleges Paragraphs 1 through 10, inclusive, as and for her paragraph 12.

13.     At all times relevant there has existed in Illinois a statute known as the Collection Agency Act, 225 ILCS 425/1 *et seq*. Illinois recognizes a private cause of action for violations of the Collection Agency Act.

14.     Defendant has, through the actions alleged above, violated section 9(a)(20) of the Collection Agency Act, 225 ILCS 425/9(a)(20), by threatening to collect an amount of money that Defendant knew or should have known was more than what was owed.

15.     Defendant has, through the actions alleged above, violated section 9(a)(29) of the Collection Agency Act, 225 ILCS 425/9(a)(29), by attempting to collect a charge or fee in excess of the actual debt or claim.

16.     Defendant's violations of the Collection Agency Act have caused Plaintiff serious and severe injuries, including injury to her reputation as well as anxiety, humiliation, nervousness, mental and emotional anguish, compensation for which must be assessed by the jury, for which she is seeking in excess of $1,000.

WHEREFORE Plaintiff, MARIA PUNTONI, asks that this Court enter judgment in her favor and against Defendant, FIRST REVENUE ASSURANCE, on Count II in an amount equal to the damages suffered by Plaintiff, and award to Plaintiff such other and further relief as this Court may deem just and appropriate.

**PLAINTIFF DEMANDS TRIAL BY JURY AS TO COUNT II.**

Respectfully submitted,

MARIA PUNTONI,
Plaintiff,

By her attorney,

HEDINGER LAW OFFICE

By _____
Stephen F. Hedinger

HEDINGER LAW OFFICE
2601 South Fifth Street
Springfield, IL 62703
(217) 523-2753
(217) 523-4366 fax

# cingular
*fits you best*™

**Page:** 1 of 3
**Billing Cycle Date:** 06/24/04 - 07/23/04
**Account Number:** 264279116

| | |
|---|---|
| Previous Balance | 991.59 |
| Payment Posted | 0.00 |
| **PAST DUE BALANCE** | **991.59** |
| Payable Immediately | |
| Monthly Service Charges | 0.00 |
| Usage Charges | 0.00 |
| Credits/Adjustments/Other Charges | 0.00 |
| Taxes | 0.00 |
| **TOTAL CURRENT CHARGES** | **0.00** |
| Due Aug 18, 2004 | |
| Late fees assessed after Aug 23 | |
| **Total Amount Due** | **$991.59** |

This bill reflects charges that do not appear on the previous statement.

### ***This Bill Includes A Past Due Balance***

If payment has already been made, thank you, please disregard. If not, payment must be made immediately to avoid suspension of service. Please send your payment, including current charges, in the enclosed envelope. You may also pay 24 hours a day by major credit card or electronic check at 866-CINGULAR, or www.cingular.com. If your service is suspended a reconnection fee will apply. If you have questions regarding your account contact us at 800-947-5096.

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Number(s)**
217-341-3776
217-341-7771

*5020 ASH GROVE ROAD*
*SPRINGFIELD, IL 62711-6329*

#BWNJSZT
#ILL07264279169#
AV 01 067546 86496H310 A**5DGT

MARIA PUNTONI
1521 S 8TH ST
SPRINGFIELD, IL 62703-2813

Return the portion below with payment to Cingular Wireless only.

**Account Number:** 264279116
**Total Amount Due:** $991.59
**Amount Paid:** $

*Please do not send correspondence with payment.*

**Please Make Check Payable To:**

Cingular Wireless
PO Box 6428
Carol Stream, IL 60197-6428

tabbles™ **EXHIBIT A**

~~DENVER, CO 80217~~

**PERSONAL & CONFIDENTIAL**
Return Service Requested

P.O.B 5818
Denver 80217

22894503055
MARIA PUNTONI
1521 S 8TH STREET
SPRINGFIELD IL 62703-2813



**First Revenue Assurance**
800-452-6695

August 9, 2004

Your Account No.: 4503055
You Owe: CINGULAR WIRELESS- CHIGAGO
Balance: $1170.08

Visit our web site www.firstrevenue.com
Make a payment, set up a payment plan, report important information regarding your account.

## COLLECTION NOTICE

This account has been assigned to our collection agency for payment. You may take care of this bill by mailing payment in the enclosed envelope or by calling our office to pay by phone with a check or credit card. This account may be reported to all national credit bureaus unless otherwise resolved. You are hereby advised:

Unless you, the consumer, notify this collection agency within thirty days after receipt of this notice that you dispute the validity of the debt or any portion there of, the debt will be assumed to be valid by this collection agency. If you, the consumer, notify this collection agency in writing within thirty days after receipt of this notice, that the debt or any portion thereof is disputed, this collection agency will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this collection agency. Upon your written request within thirty days after receipt of this notice this collection agency will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Thank you for your cooperation.

*This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.*
PLEASE MAIL ALL CORRESPONDENCE TO PO BOX 5818, DENVER, CO 80217
IMPORTANT: Please have this reference number handy when calling our office # 4503055
OFFICE HOURS: MONDAY-THURSDAY 7:00AM-8:00PM, FRIDAY 7:00AM-5:00PM MST

------------------------------------------------------
PLEASE DETACH AND ENCLOSE THE LOWER PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED.

NU

Send correspondence to above address.

IF YOU WISH TO PAY BY VISA OR MASTERCARD, PLEASE CALL OUR OFFICE OR VISIT OUR WEBSITE AT www.firstrevenue.com
VISA   MASTERCARD

Creditor: CINGULAR WIRELESS- CHIGAGO
Amount Due: $1170.08
Account No.: 4503055
Client Ref #: 264279116
Amount Enclosed:_____

MARIA PUNTONI
1521 S 8TH STREET
SPRINGFIELD IL 627032813

SEND ONLY PAYMENTS TO THIS ADDRESS:

4503055 1426
FIRST REVENUE ASSURANCE
PO BOX 3020
ALBUQUERQUE NM 87110

0300700045030550000001426000011700 89



EXHIBIT B