**E-FILED**
Thursday, 11 August, 2005  10:37:33 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Maria Puntoni,                          **SUMMONS IN A CIVIL ACTION**

      Plaintiff,

        V.

CASE NUMBER:    05-3220

First Revenue Assurance

      Defendant.


TO:    First Revenue Assurance
       c/o Registered Agent, C T Corporation System
       208 South LaSalle St, Suite 814
       Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

HEDINGER LAW OFFICE
Stephen F. Hedinger
2601 South Fifth Street
Springfield, IL 62704

An answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


s/ John M. Waters                                    8/9/05
CLERK                                                DATE


s/ C. Cathcart
(By) DEPUTY CLERK