TYPE LAW          SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS          DISTRICT 010



SHERIFF'S NUMBER 584271-001D CASE NUMBER 053220          DEPUTY: _____

FILED DT 08-09-2005 RECEIVED DT 08-31-2005 DIE DT 09-13-2005 MULTIPLE SERVICE     1
     DEFENDANT                                    ATTORNEY
FIRST REVENUE ASSURANCE                           HEDINGER LAW OFFICE
208 S LA SALLE ST                                 2601 S 5TH ST
CHICAGO IL. 60604                                 SPRINGFIELD IL. 00000
STE 814
PLAINTIFF PUNTONI, MARIA

SERVICE INFORMATION: LR C/O CT CORP SYSTEM AS R/A

*********************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20 __, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
.....3 SERVICE ON:  CORPORATION X COMPANY ____ BUSINESS ____ PARTNERSHIP ____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL ____

(B)  MICHAEL F. SHEAHAN, SHERIFF, BY: _____ , DEPUTY

                                                              3696-
     1  SEX ___ M/F ___ RACE W ___ AGE 55
     2  NAME OF DEFENDANT FIRST REVENUE ASSURANCE
        ___ WRIT SERVED ON _____ D. Schulz P
        THIS 2 DAY OF Sept , 20 05 TIME 11 00 A.M. P.M.

     ADDITIONAL REMARKS _____

*********************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

     TYPE OF BLDG _____          ATTEMPTED SERVICES

     NEIGHBORS NAME _____     DATE          TIME  A.M./P.M.

          ADDRESS _____     _____     ___:___ ____

          REASON NOT SERVED:          _____     ___:___ ____
                         07 EMPLOYER REFUSAL
___ 01 MOVED             08 RETURNED BY ATTY     _____     ___:___ ____
___ 02 NO CONTACT        09 DECEASED             _____     ___:___ ____
___ 03 EMPTY LOT         10 BLDG DEMOLISHED      _____     ___:___ ____
___ 04 NOT LISTED        11 NO REGISTERED AGT.
___ 05 WRONG ADDRESS     12 OTHER REASONS        _____     ___:___ ____
___ 06 NO SUCH ADDRESS   13 OUT OF COUNTY        _____     ___:___ ____

                                                 _____     ___:___ ____

FEE   .00   MILEAGE   .00   TOTAL   .00                        SG18