IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MARIA PUNTONI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-3220 |
| | ) | |
| FIRST REVENUE ASSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT

NOW COMES Plaintiff, MARIA PUNTONI, through her undersigned attorney, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, and this Court's Standing Order of October 16, 1985, respectfully requests that the Magistrate Judge enter a default against Defendant in this matter. In support of this motion, Plaintiff states as follows:

1. Rule 55 provides that the Clerk of the Court is to enter a judgment favoring Plaintiff following a Defendant's default through failure to appear and respond to the properly served Complaint.

2. Plaintiff filed her complaint against Defendant on August 9, 2005, seeking relief in Count I under the Fair Debt Collection Practices Act, 15 U.S.C. § 1691 et seq., and in Count II under the Illinois Collection Agency Act, 225 ILCS 425/1 et seq. Count I seeks statutory damages of $1,000 per violation against Defendant, plus actual damages, plus costs and attorney's fees as allowed by statute. Count II seeks actual damages, plus litigation costs.

3. Defendant was served with the complaint on September 2, 2005; Defendant's appearance and responsive pleading was therefore due to be filed by September 22, 2005. As of the date of this motion, Defendant has filed nothing in this case. Accordingly, Defendant is in default.

4. Pursuant to Fed. R. Civ. P. 55, the Clerk is authorized to enter a judgment of default where, as here, a Defendant has failed to file a timely appearance and responsive pleading.

5. Pursuant to this Court's Standing Order of October 16, 1985, the Magistrate Judge is to enter a default order, directing the Plaintiff to file a motion for default judgment within 14 days of the entry of default.

6. Plaintiff accordingly requests that the Magistrate Judge enter a default against Defendant at this time, and issue the order contemplated by the Standing Order of October 16, 1985.

WHEREFORE Plaintiff, MARIA PUNTONI, requests entry of a default against Defendant.

MARIA PUNTONI, Plaintiff,

By her attorney,
HEDINGER LAW OFFICE

s/ Stephen F. Hedinger
Attorney for Plaintiff
Hedinger Law Office
2601 South Fifth Street
Springfield, IL 62703
Telephone: (217)523-2753
Fax: (217)523-4366

**Proof of Service**

  I hereby certify that on October 7, 2005, I electronically filed the foregoing Motion for Entry of Default with the Clerk of the Court using the CM/EFM system.


s/ Stephen F. Hedinger
Attorney for Plaintiff
Hedinger Law Office
2601 South Fifth Street
Springfield, IL 62703
Telephone: (217)523-2753
Fax: (217)523-4366