E-FILED
Thursday, 27 October, 2005  03:27:50 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Central     DISTRICT OF     Illinois

MARIA PUNTONI

     Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC,

     Defendant,

**APPEARANCE**

Case Number:  05-3220

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FIRST REVENUE ASSURANCE, LLC
Defendant

.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/25/2005 | |
| Date | Signature |
| | Joseph S. Messer      6200036 |
| | Print Name      Bar Number |
| | 166 W. Washington, Suite 300 |
| | Address |
| | Chicago    IL    60602 |
| | City    State    Zip Code |
| | (312)334-3404     (312) 334-3434 |
| | Phone Number     Fax Number |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Maria Puntoni,                                    )
                                                  )
                    Plaintiff,                    )
                                                  )
            v.                                    ) Case No. 3:05-cv-03220-JES-CHE
                                                  )
First Revenue Assurance, LLC,                     )
                                                  )
                    Defendant.                    )

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2005, I electronically filed the foregoing with the
United States District Court using the CM/ECF system which will send notification of
such filing to the following: **Stephen F. Hedinger**.

s/ Joseph S. Messer
Maria L. Whiteman #6200036
Attorney for Defendant
Messer & Stilp, Ltd.
166 W. Washington, #300
Chicago, IL  60602
Phone:  312-334-3440
Fax:  312-334-3434
messer@messerstilp.com