IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARIA PUNTONI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 05-3220 |
| v. | ) |
| | ) |
| FIRST REVENUE ASSURANCE, | ) |
| | ) |
| Defendant. | ) |

**Defendant's Motion to Vacate Default Order and for Leave to File Answer *Instanter***

NOW COMES Defendant, FIRST REVENUE ASSURANCE LLC ("Defendant"), by and through its attorneys, Messer & Stilp, Ltd., a professional corporation, pursuant to Federal Rule of Civil Procedure Rule 55(c), and requests this Court enter order vacating the Order of Default dated October 24, 2005, and granting Defendant leave to file its Answer to Plaintiff Maria Puntoni's Complaint, and in support thereof states as follows:

1. Federal Rule of Civil Procedure Rule 55(c) permits the Court to set aside an entry of default for good cause shown. *See* Federal Rule of Civil Procedure Rule 55(c). This court entered an order of default against Defendant on October 24, 2005.

2. Plaintiff Maria Puntoni ("Plaintiff") filed her complaint ("Complaint") on August 9, 2005. The Complaint was served on Defendant through CT Corporation on September 2, 2005. *See* Service of Process cover sheet and Complaint attached hereto and incorporated by reference herein as Exhibit A.

3. At the time the Complaint was served the employee for Defendant ("Employee") who is charged with handling this matter was traveling extensively and was, therefore, unable to timely transmit the Complaint to Defendant's attorneys.

4. Immediately upon the Employee's return she forwarded the Complaint to Defendant's attorneys who promptly filed this motion and prepared Defendant's Answer to Plaintiff's Complaint. *See* Defendant's Answer attached hereto and incorporated by reference herein as Exhibit B.

5. Defendant will be prejudiced if it is not granted the opportunity to defend itself in this lawsuit as is evidenced in Defendant's Answer by its denials of Plaintiff's allegations. *See* Exhibit B.

WHEREFORE, Defendant First Revenue Assurance, LLC requests this Court enter an order vacating the Order of Default dated October 24, 2005, and granting Defendant leave to file its Answer to Plaintiff Maria Puntoni's Complaint *instanter*.

Respectfully Submitted,
First Revenue Assurance, LLC

s/Joseph S. Messer
Attorney #6200036
Attorney for Defendant
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)
messer@messerstilp.com