IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARIA PUNTONI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-3220 |
| | ) |
| FIRST REVENUE ASSURANCE, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR VOLUNTARY DISMISSAL**

NOW COMES Plaintiff, MARIA PUNTONI, through her undersigned counsel, and pursuant to CDIL-LR 16.1(C), hereby reports to this Court that this case has settled, and for that reason requests that this Court dismiss this matter with prejudice. In support of this motion, Plaintiff states as follows:

1.   Plaintiff hereby reports that this matter is settled. Plaintiff at this time requests that this matter be dismissed with prejudice pursuant to Local Rule 16.1(C). CDIL-LR 16.1(C). Plaintiff further requests that this Court retain jurisdiction to enforce the settlement. The form order for this Court's convenience is attached hereto as Exhibit A.

WHEREFORE, Plaintiff, MARIA PUNTONI, hereby stipulates that this matter is settled and requests that this Court dismiss this matter at this time, with prejudice, but retain jurisdiction to enforce the settlement.

                                        MARIA PUNTONI, Plaintiff,
                                        By her attorney,
                                        HEDINGER LAW OFFICE

s/ Stephen F. Hedinger
Attorney for Plaintiff
Hedinger Law Office
2601 South Fifth Street
Springfield, IL 62703
Telephone: (217)523-2753
Fax: (217)523-4366

**Proof of Service**

      I hereby certify that on December 8, 2005, I electronically filed the foregoing Motion for Dismissal with the Clerk of the Court using the CM/EFM system, and the clerk's office will provide electronic notification to the following CM/EFM participant:

Joseph S. Messer,
Messer and Stilp, Ltd.
166 West Washington, Ste 300
Chicago, IL 60602

s/ Stephen F. Hedinger
Attorney for Plaintiff
Hedinger Law Office
2601 South Fifth Street
Springfield, IL 62703
Telephone: (217)523-2753
Fax: (217)523-4366

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARIA PUNTONI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-3220 |
| | ) |
| FIRST REVENUE ASSURANCE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS CAUSE coming before this Court on the motion of Plaintiff, MARIA PUNTONI, for voluntary dismissal, and Plaintiff having reported the case settled, and the Court being otherwise fully advised of the premises, it is hereby ORDERED that this Case is DISMISSED WITH PREJUDICE. This Court retains jurisdiction to enforce the parties' settlement.

CASE CLOSED

Entered: _____

_____
Judge